FRANK ZIMA and THEODORE STANIS, Appellants, v. MORSA REALTY CO., INC,. Respondent.— In an action to foreclose a mortgage or for judgment declaring that an original bond and mortgage was operative despite the subsequent execution and delivery of an extension agreement reducing the amount of principal and the rate of interest, judgment, in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

## FIRST DEPARTMENT, JULY, 1941.
### (July 7, 1941.)

In the Matter of MOE LEVINE, an Attorney.— Motion granted. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of RALPH C. WARRICK, an Attorney.— Motion granted. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of ANSCHEL E. BARSHAY, an Attorney.— Motion denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES v. DAVID L. MILMAN and Others.— Motion to resettle order of this court dated May 17, 1940, and entered in this court August 5, 1940, granted. [See 259 App. Div. 869.] Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.